UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:25-mj-00209-RSK

v.                                      Hon. Ray Kent

DYLAN ROBERT STEELE,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Detention Hearing
Date/Time:             April 21, 2025   10:00 AM
Magistrate Judge:   Ray Kent
Place/Location:      584 Federal Building, Grand Rapids, MI


                                                RAY KENT
                                                U.S. Magistrate Judge

Dated:  April 16, 2025       By:   /s/ Faith Hunter Webb
                                              Judicial Assistant